UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11-CR-23-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL INFORMATION** |
| ) | |
| JONATHAN WORTHINGTON ) | |

The United States Attorney charges that:

On or about and between February 24, 2005, and June 20, 2005, in the Eastern District of North Carolina, the defendant, JONATHAN WORTHINGTON, aiding and abetting others, did knowingly make false statements with respect to information required by Chapter 44 of Title 18 to be kept in the records of a federally licensed firearms dealer, specifically, false statements as to the ownership of 17 automatic AK 47s and 17 automatic M4s, in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

GEORGE E.B. HOLDING
United States Attorney

BY: *[signature]*
JOHN S. BOWLER
ERIC D. GOULIAN
Assistant United States Attorneys