Subject to Fed. R. Crim. P 11(f) and Fed. R. Evid. 410

FILED IN OPEN COURT
ON 7/18/13 SWT
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11-CR-23-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | SUPERCEDING |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| JONATHAN WORTHINGTON ) | |

The United States Attorney charges that:

In or about and between 2005 and 2007, within the Eastern District of North Carolina, and elsewhere, the defendant, JONATHAN WORTHINGTON, being employed part-time by a corporate entity which was a licensed federal firearms manufacturer and dealer and which was therefore required to maintenance of records required by Title 18, United States Code, Section 923(g)(1)(A), and regulations promulgated thereunder, relative to the manufacture, acquisition, and disposition of firearms, did knowingly assist the failure to make and maintain appropriate and required records relative to firearms possessed by such corporate entity, that is, the defendant assisted the failure to make and maintain or cause to be made and maintained adequate records specifying the actual location where firearms were stored or kept **on** BW/Xe's primary premises, specifically the place of business shown on the corporate entity's special (occupational) tax stamp, and failed to make and maintain or cause to be made and

Subject to Fed. R. Crim. P 11(f) and Fed. R. Evid. 410

maintained required records with respect to registration of certain firearms, such failure to maintain records included a number of automatic AK47 rifles and automatic Bushmaster M4 rifles the acquisition of which by the corporate entity the defendant had participated in knowing that the corporate entity intended to maintain a false pretense that such automatics were owned and controlled by the Camden County Sheriff's Office and did aid and abet others in doing so, all in violation of the misdemeanor Title 18, United States Code, Sections 922(m), 923(g)(1)(A), and 2, and Title 27, Code of Federal Regulations, Chapter II, Parts 478.121(c), 479.131.

> THOMAS G. WALKER
> United States Attorney
>
> /S/ Bowler
>
> JOHN S. BOWLER
> Assistant United States Attorney
> Criminal Division